IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02001-MDB

**UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE, a federally chartered corporation,**

    Plaintiff,

v.

**PRIME HYDRATION, LLC,**

    Defendant.

---

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT [DKT. 1, Filed July 19, 2024]**

---

Defendant Prime Hydration, LLC, through counsel, files this <u>unopposed</u> motion to extend the time by which it must file its response to the Complaint filed by Plaintiff United States Olympic & Paralympic Committee.

**CERTIFICATE OF COMPLIANCE**

Pursuant to D.C.Colo.L.Civ.R. 7.1(a), the parties have conferred and Plaintiff does not oppose the relief sought herein.

**MOTION**

1.     On July 19, 2024, Plaintiff filed its Complaint against Defendant (ECF 1).

2.     On July 23, 2024, Defendant accepted service of the Complaint and Summons.

3. The parties have been in regular contact regarding this matter and continue to work together in good faith.

4. Defendant requested and Plaintiff does not oppose a 30-day extension of Defendant's current August 12, 2024, response deadline.

5. Defendant moves this Court to extend the date by which it must respond to Plaintiff's complaint by 30 days. If granted, Defendant's response would be due on or before September 12, 2024.

6. No party will be prejudiced by the relief sought herein.

7. This is Defendant's first request for an extension of the date to file its response to Plaintiff's complaint.

8. Pursuant to D.C.Colo.L.Civ.R. 6.1(c), a copy of this motion has been served on the Defendant's client and all attorneys of record.

WHEREFORE, Defendant moves this Court to extend the date on which its response to Plaintiff's complaint is due to September 12, 2024.

Respectfully submitted this 6th day of August, 2024.

/s/ *Andrew Barr*
Andrew Barr, Esq.
GREENBERG TRAURIG, LLP
1144 15th St., Suite 3300
Denver, CO 80202
(303) 572 – 6575
andrew.barr@gtlaw.com

Herbert Finn, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456 – 8427

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, this **UNOPPOSED MOTION** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification to all parties:

James W. Beard
jbeard@merchantgould.com
Alana L. LeFebvre
alefebvre@merchantgould.com
1801 California Street, Suite 3300
Denver, Colorado 80202

Scott W. Johnston
sjohnston@merchantgould.com
Gregory C. Golla
ggolla@merchantgould.com
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402

*/s/ Andrew Barr*