# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:24cv2001-RMR-MDB

UNITED STATES OLYMPIC &
PARALYMPIC COMMITTEE,

    Plaintiff,

v.

PRIME HYDRATION, LLC,

    Defendant.

## STATUS REPORT

Pursuant to the Court's Minute Order (ECF 29), the parties provide this Joint Status Report and advise the Court that it should not be necessary to move forward with the Motion to Dismiss or a possible amendment of complaint as the parties have reached an agreement to settle this dispute. The parties are in the process of finalizing and executing a confidential settlement agreement. As such, the parties request that the Status Conference currently set for December 4, 2024 be rescheduled, that the briefing on the Motion to Dismiss be suspended, and that the case be suspended for 45 days to allow for the execution of the settlement agreement and dismissal of the action.

1

Dated: December 2, 2024

/s/Scott W. Johnston
James W. Beard
jbeard@merchantgould.com
1801 California Street, Suite 3300
Denver, Colorado 80202
(303) 357-1670

Scott W. Johnston
Merchant & Gould PC
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 332-5300

*Attorneys for USOPC*

/s/ Herbert H. Finn
Andrew D. Barr, Esq.
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
Email: Andrew.Barr@gtlaw.com

Herbert H. Finn, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: FinnH@gtlaw.com

*Attorneys for Prime Hydration LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2024, a true and accurate copy of the foregoing document was served via ECF to all counsel of record.

> /s/*Scott W. Johnston*
> Scott W. Johnston