IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:24cv2001-RMR-MDB

UNITED STATES OLYMPIC &
PARALYMPIC COMMITTEE,

    Plaintiff,

v.

PRIME HYDRATION, LLC,

    Defendant.
_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

    PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate to dismissal with prejudice of this action with each party to bear its own attorney's fees and costs.

1

Dated: January 15, 2025

<u>/s/Scott W. Johnston</u>
James W. Beard
jbeard@merchantgould.com
1801 California Street, Suite 3300
Denver, Colorado 80202
(303) 357-1670

Scott W. Johnston
Merchant & Gould PC
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 332-5300

*Attorneys for USOPC*

<u>/s/ Herbert H. Finn</u>
Andrew D. Barr, Esq.
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
Email: Andrew.Barr@gtlaw.com

Herbert H. Finn, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: FinnH@gtlaw.com

*Attorneys for Prime Hydration LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 15, 2025, a true and accurate copy of the foregoing document was served via ECF to all counsel of record.

                                            */s/Scott W. Johnston*
                                            Scott W. Johnston