IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:24cv2001-RMR-MDB

UNITED STATES OLYMPIC & PARALYMPIC COMMITTEE,

    Plaintiff,

v.

PRIME HYDRATION, LLC,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' STIPULATION OF DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: January 15, 2025.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge